UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Case No.: **3:10-cr-298-J-25 TEM**

**AKINTUDE AKINLADE**

_____

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation filed April 21, 2011 (Dkt. 60), recommending that Defendant's Motion to Suppress (Dkt. 38), be denied. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. Defendant filed his objections on May 12, 2011 and additional objections on June 3, 2011 (Dkt. 63 and 69).

Upon consideration of the Report and Recommendation of the Magistrate Judge, Defendant's objections thereto, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is, **ORDERED AND ADJUDGED** that:

1. Defendant's Objections (Dkt. 63 and Dkt. 69) are **overruled**;

Defendant's Motion to Suppress (Dkt. 38) is **DENIED**;

    2. The Magistrate Judge's Report and Recommendation (Dkt. 60) is adopted and incorporated by reference in this Order.

**DONE AND ORDERED** this __12__ day of __July__ 2011.

                          HENRY LEE ADAMS, JR.
                          UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record